THOMAS M. BOEHM [SBN 63888]
LAW OFFICE OF THOMAS M. BOEHM
2 North Santa Cruz Avenue, Suite 211
Los Gatos, CA 95030-5900

TELEPHONE:     408.998.8899
FACSIMILE:     408.998.4848
EMAIL:         BOEHMTM@GMAIL.COM

ATTORNEY FOR PLAINTIFFS,
BERNARD PICOT and PAUL DAVID MANOS

EX PARTE.EXT OF TIME.OPPO.BRF.wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARD PICOT and PAUL DAVID MANOS,<br><br>    Plaintiffs,<br><br>v.<br><br>DEAN D. WESTON, and DOES 1 through 15, inclusive,<br><br>    Defendants.<br>_____ | CASE NO.  5:12-CV-01939 EJD<br><br>CONDITIONAL OPPOSITION TO EX PARTE APPLICATION FOR EXTENSION OF TIME<br><br>Hearing date:  None [Ex Parte]<br>Hearing time:  None<br>Dept:          Courtroom 4, 5th Floor<br>Judge:         Hon. Edward J. Davila<br><br>Acton filed:   March 23, 2012<br>Trial date:    None |

---

PICOT v WESTON, 5:12-CV-01939 EJD
CONDITIONAL OPPOSITION
TO EX PARTE APPLICATION FOR EXTENSION OF TIME. . . . . . . . . . . . . . . . . . . . . . . . . . Page 1 of 3

1  Having removed this action from the Santa Clara County Superior Court on April 18, 2012, DEFENDANT, DEAN D. WESTON ["WESTON"] moved for dismissal (contending a lack of personal jurisdiction and improper venue) and, in a separate motion, for transfer the case to the Eastern District of Michigan (pursuant to 28 USC 1404). [1/] PLAINTIFFS timely filed their opposition on May 9, 2012. [Dkt 13-17.]

The next day, counsel for WESTON asked for an extension of time to file a "reply." PLAINTIFFS promptly consented to extra time for filing a reply brief. Simultaneously, PLAINTIFFS also indicated willingness to "stipulate to an extension for supplemental evidentiary matters" but only if there was a mutual agreement for jurisdictional discovery. [2/] WESTON rejected that condition, but then filed his ex parte application for more time to file "Reply Briefs." [3/]

---

[1/] All of WESTON'S pending expressly motions indicate that they are based upon the evidence set out in the opening papers.

Motion to Dismiss for Lack of Jurisdiction and Improper Venue, Dkt 9, page 2, lines 6-9:

This motion is based upon the pleadings on file in this action, the Declaration of Dean Weston in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, following Memorandum of Points and Authorities, and any further briefing and/or authorities that may be presented to this Court in a Reply Brief or orally at the hearing on this motion.

Motion to Transfer, Dkt 10, page 2, lines 5-9:

This motion will be based upon this notice, the following Memorandum of Points and Authorities, the Declaration of Dean Weston in Support of Defendant's Motion to Transfer to the Eastern District of Michigan filed herewith, all papers and pleadings filed with the Court in this action, and any additional argument of authority presented in a reply brief and/or at oral argument at the hearing on this matter.

[2/] See, Ex. "A" to Decl. Of Schwartz, Dkt 18-2, page 4.

[3/] WESTON'S proposed order on this application limits to extension to the filing of "Reply Briefs."

---

1   PLAINTIFFS do not oppose the granting of an extension for counsel to file reply <u>briefs</u>.
2 But, they remain opposed to the filing of supplemental evidence in support of the motions
3 without jurisdictional discovery.

9   DATED:     May 13, 2012                    <u>/S/ THOMAS M. BOEHM</u>

          _____
          THOMAS M. BOEHM
          Attorney for PLAINTIFFS, BERNARD PICOT
          and PAUL DAVID MANOS