1  THOMAS M. BOEHM [SBN 63888]
   LAW OFFICE OF THOMAS M. BOEHM
2  2 North Santa Cruz Avenue, Suite 211
   Los Gatos, CA 95030-5900
3
   TELEPHONE:      408.998.8899
4  FACSIMILE:      408.998.4848
   EMAIL:          BOEHMTM@GMAIL.COM
5
   ATTORNEY FOR PLAINTIFFS,
6  BERNARD PICOT and PAUL DAVID MANOS
   MTN TO TRANSFER.OPPO.EVI.wpd
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11
    BERNARD PICOT and              )   CASE NO.  5:12-CV-01939 EJD
12  PAUL DAVID MANOS,              )
                                   )
13        Plaintiffs,              )
                                   )
14  v.                             )   OBJECTION TO REPLY EVIDENCE
                                   )   ON MOTION TO TRANSFER
15  DEAN D. WESTON, and DOES 1     )
    through 15, inclusive,         )   LOCAL CIVIL RULE 7-3(d)(1)
16                                 )
                                   )
17        Defendants.              )   Hearing date:  August 10, 2012
    _____    )   Hearing time:  9:00 am
18                                     Dept:          Courtroom 4, 5th Floor
                                       Judge:         Hon. Edward J. Davila

---

**PICOT v WESTON, 5:12-CV-01939 EJD**
OBJECTION TO REPLY EVIDENCE ON MOTION TO TRANSFER. . . . . . . . . . . . . . . . . . . . .  **Page 1 of 3**

1  On the grounds set out below, PLAINTIFFS, BERNARD PICOT and PAUL DAVID MANOS, object to and move to strike the indicated evidentiary proffer/s filed by DEAN WESTON in support of his MOTION TO TRANSFER.

| OBJ. | MATERIAL OBJECTED TO | GROUND/S FOR OBJECTION & MOTION TO STRIKE |
|---|---|---|
| 1 | The entirety of the:<br><br>FURTHER DECLARATION OF DEAN WESTON IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF MICHIGAN<br><br>[Hereinafter the "WESTON REPLY TRANSFER DECLARATION."] | The Declaration was:<br><br>~ Not mentioned in the Notice of Motion as a basis for the motion/s it purports to support;<br><br>~ Not specified in the application for further time to file reply briefs submitted by DEFENDANT [DKT 18]; and,<br><br>~ Filed despite an Order from this Court [DKT 21] allowing further time only for the filing of a "Reply Brief on the Motion to Dismiss pursuant to Rule 12(b)(2) and (3) and on his Motion for Transfer of Venue under 28 U.S.C. § 1404(a)." |
| 2 | The WESTON REPLY TRANSFER DECLARATION, at its ¶ 3, stating:<br><br>a. Ralph Keller … has told me that Dave Manos said to him that I was to receive an equal share of the profits from the sale of the hydrogen cell and/or electrolyte. | HEARSAY.<br><br>Federal Rules of Evidence, Rule 802. |
| // | | |

| OBJ. | MATERIAL OBJECTED TO | GROUND/S FOR OBJECTION & MOTION TO STRIKE |
|---|---|---|
| 3 | The WESTON REPLY TRANSFER DECLARATION, at its ¶ 3, stating:<br><br>b. ... Mr. Rao has informed me that, while in Michigan, Mr. Manos discussed with him both the fuel cell and made reference to me as one of three "partners." ... | HEARSAY.<br><br>Federal Rules of Evidence, Rule 802. |

DATED:  May 27, 2012        /S/ THOMAS M. BOEHM
  
                                                 _____
                                                 THOMAS M. BOEHM
                                                 Attorney for PLAINTIFFS, BERNARD PICOT
                                                 and PAUL DAVID MANOS