1  THOMAS M. BOEHM [SBN 63888]
   LAW OFFICE OF THOMAS M. BOEHM
2  2 North Santa Cruz Avenue, Suite 211
   Los Gatos, CA 95030-5900
3
   TELEPHONE:      408.998.8899
4  FACSIMILE:      408.998.4848
   EMAIL:          BOEHMTM@GMAIL.COM
5
   ATTORNEY FOR PLAINTIFFS,
6  BERNARD PICOT and PAUL DAVID MANOS
   EX PARTE.DEFER RULE 26.OPPO.PDM.wpd
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11
   BERNARD PICOT and              )    CASE NO.  5:12-CV-01939 EJD
12 PAUL DAVID MANOS,              )
                                  )
13        Plaintiffs,             )
                                  )
14 v.                             )    DECLARATION OF
                                  )    PAUL DAVID MANOS
15 DEAN D. WESTON, and DOES 1     )    IN OPPOSITION TO
   through 15, inclusive,         )    EX PARTE APPLICATION
16                                )    TO DEFER RULE 26 DISCLOSURES
          Defendants.             )
17                                )    Hearing date:  None [Ex parte]
   _____    )    Hearing time:  None
18                                     Dept:          Courtroom 4, 5th Floor
                                       Judge:         Hon. Edward J. Davila
19
                                       Acton filed:   March 23, 2012
20                                     Trial date:    None

21         I, PAUL DAVID MANOS, declare as follows:

22

23         1      I am an adult natural person and make this Declaration in opposition

24                to the Ex Parte Application filed by DEAN WESTON ["WESTON"] to

25                delay the initial disclosures required under FRCivP, Rule 26.

26

27  ─────────────────────────────────────────────
                        **PICOT v WESTON, 5:12-CV-01939 EJD**
    **DECLARATION OF PAUL DAVID MANOS IN OPPOSITION TO**
28  **EX PARTE APPLICATION TO DEFER RULE 26 DISCLOSURES**........................ **Page 1 of 2 pages.**

2    Attached hereto as EXHIBIT "A" is a true copy of an email I received on or about September 16, 2010 from WESTON.

3    WESTON'S mention of "DLB" in EXHIBIT "A" refers to a prior matter, unrelated to the hydrogen cells and electrolyte which are involved in this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true of my personal knowledge, that if called as a witness I could and would testify competently thereto, and that this declaration was executed at Stateline, Nevada on June 24, 2012.

PAUL DAVID MANOS

---

PICOT v WESTON, 5:12-CV-01939 EJD
DECLARATION OF PAUL DAVID MANOS IN OPPOSITION TO
EX PARTE APPLICATION TO DEFER RULE 26 DISCLOSURES.......................... Page 2 of 2 pages.

**PICOT v WESTON, 5:12-CV-01939 EJD**

# EXHIBIT "A"

**to**
**DECLARATION OF PAUL DAVID MANOS**
**IN OPPOSITION TO EX PARTE APPLICATION**
**TO DEFER RULE 26 DISCLOSURES**



David Manos< dmanos55@gmail.com>

## clean up
1 message

---

**Dean Weston**< deandavidweston@yahoo.com>  Thu, Sep 16, 2010 at 4:19 AM
To: Dave Manos <dmanos55@gmail.com>

Dave, I went through as you requested and put together the following. This takes care of everything to date as far as DBHS and the old DLB issues. We are getting a lot of heat and I am working on holding people off but its getting tough.

GMAC Hummer over milage and time - $6,000.00 Payable to GMAC or collection agency

Nissan insurance and rent since April - $6,000.00 Payable to FSG

Tracy Gutek credit card for DLB - $25,000.00 Payable to US Bank

Dean Weston credit card for DLB - $32,000.00 Payable to US Bank

DLB judgement against EI - $20,000.00 Should be run through EI as judgement is against EI payable to Foundation Technologies

Dave, this cleans up our past, does nothing for me going forward but I know you are working hard on that.

Dean