UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARD PICOT and PAUL DAVID MANOS,<br><br>    Plaintiffs,<br><br>v.<br><br>DEAN D. WESTON, and DOES 1 through 15, inclusive,<br><br>    Defendants.<br>_____ | CASE NO.  5:12-CV-01939 EJD<br><br>[PROPOSED]<br>ORDER DENYING<br>EX PARTE APPLICATION<br>TO DEFER RULE 26 DISCLOSURES |

The Court, having considered the ex parte application of DEFENDANT, DEAN W. WESTON, for an order deferring the initial disclosures under FRCivP, Rule 26 and PLAINTIFFS' opposition, the application is DENIED.

IT IS SO ORDERED.

DATED:

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

---

PICOT v WESTON, 5:12-CV-01939 EJD

[PROPOSED] ORDER
DENYING EX PARTE APPLICATION TO DEFER RULE 26 DISCLOSURES. . . . . . . . . . . . . . .  Page 1 of 1 pages.