UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 13 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BERNARD PICOT,<br><br>        Plaintiff - Appellant,<br><br>and<br><br>PAUL DAVID MANOS,<br><br>        Plaintiff,<br><br>  v.<br><br>DEAN D. WESTON,<br><br>        Defendant - Appellee. | No. 12-17098<br><br>D.C. No. 5:12-cv-01939-EJD<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |

The judgment of this Court, entered March 19, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                            FOR THE COURT:
                                            Molly C. Dwyer
                                            Clerk of Court

                                            Margoth Turcios
                                            Deputy Clerk